## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

PATRICIO LUCERO,

    Plaintiff,

v.                                     No. CV 17-1043 RB/CG

NEW MEXICO DEPARTMENT
OF CORRECTIONS, et al,

    Defendants.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court upon Plaintiff's civil rights complaint. The Court has determined that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee:**

    _X_    filing fee has not been received ($400 civil/administrative)

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)  _X_    is not filed
(2)  ____    is missing affidavit
(3)  ____    is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)  ____    is missing required financial information
(5)  ____    is missing an original signature by the prisoner
(6)  ____    is not on proper form (must use current form)
(7)  ____    names in caption do not match names in caption of complaint, petition or habeas application
(8)  ____    other _____

**III. Complaint, Petition or Application:**

(1)  ____    is missing
(2)  _X_    is not on proper form (must use our form Rev. 5/96)
(3)  ____    is missing an original signature by the prisoner
(4)  ____    is missing page nos. ____

(5) ____ other _____

Papers filed in response to this order must include the civil action number (CIV 17-1043 RB/CG) of this case. Failure to cure the designated deficiencies by **November 17, 2017** may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above by **November 17, 2017**;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of an Application to Proceed in District Court Without Prepaying Fees or Costs, Financial Certificate, and a form § 1983 Prisoner Civil Rights Complaint.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE