## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

PATRICIO LUCERO,

    Plaintiff,

v.                                No. CV 17-1043 RB/CG

NEW MEXICO DEPARTMENT
OF CORRECTIONS, et al,

    Defendants.

### ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915(b)

**THIS MATTER** is before the Court on Plaintiff's *Application for Free Process and Affidavit of Indigency*, (Doc. 7), filed November 27, 2017. Because the Court grants the application, the filing fee for this civil rights complaint is $350.00. Based on the information about Plaintiff's financial status, the Court will waive an initial partial payment pursuant to § 1915(b)(1). Plaintiff is still required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Failure to comply with this order may result in dismissal of the complaint without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff's *Application for Free Process and Affidavit of Indigency*, (Doc. 7), is **GRANTED**, and the initial payment is **WAIVED**.

**IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of twenty percent (20%) of the preceding month's income credited to his account until the fee is paid or show cause why the payment should be excused; and the Clerk is directed to provide Plaintiff with two copies of the post-filing financial certificate.

                                                      _____
                                                      THE HONORABLE CARMEN E. GARZA
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE